UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WILLIE E. SHACKLEFORD,**

    Plaintiff,

v.                                                                                          Case No. 04-74023
                                                                                         Hon. Bernard A. Friedman

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation dated September 21, 2005. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated September 21, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

    March 8, 2006                                                                  s/Bernard A. Friedman
      Detroit, Michigan                                                          BERNARD A. FRIEDMAN
                                                                                CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
           **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**